IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JUAN ACOSTA, et al.,<br>    Plaintiffs,<br>v.<br><br>THE COUNTY OF EL PASO, TEXAS,<br><br>    Defendant. | § § § § § § § § § § | EP-02-CA-564-FM |

### FINAL JUDGMENT

The Court having granted the "Joint Motion for Approval of Settlement" [Rec. No. 90], it is hereby ORDERED, in compliance with Fed. R. Civ. P. 58, that this matter be STRICKEN from the docket and there being no just cause for delay, this is a FINAL and APPEALABLE Judgment. IT IS FURTHER ORDERED that all pending motions are DISMISSED as MOOT.

SIGNED this _17_ day of _Dec._, 2004.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

